UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAPCO STEEL CORPORATION

v.

CLARK/HUBER, HUNT &
NICHOLS/BERRY, A JOINT VENTURE
and NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA and FEDERAL
INSURANCE COMPANY and FIDELITY
AND DEPOSIT COMPANY OF
MARYLAND and ZURICH AMERICAN
INSURANCE COMPANY and UNITED
STATES FIDELITY AND GUARANTY
INSURANCE COMPANY and ST. PAUL
FIRE AND MARINE INSURANCE
COMPANY

C.A. No.:

05-10473 PBS

FILED
CLERKS OFFICE

2005 MAR 11 P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

RECEIPT # _____
AMOUNT $ 350.00
SUMMONS ISSUED 3
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. M.P.
DATE 3/11/2005

MAGISTRATE JUDGE _JLA_

**COMPLAINT**

**JURISDICTION**

The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1332. This court has original jurisdiction over the above captioned action because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

**Preamble**

1. Plaintiff, Capco Steel Corporation ("Capco") is a Rhode Island corporation authorized to do business in the Commonwealth of Massachusetts and having as its principal address 33 Acorn Street, Providence, Rhode Island.

2. Upon information and belief, defendant, Clark/Huber, Hunt & Nichols/Berry, A Joint Venture ("CHB"), is an entity, having a usual place of business located at 420 D Street,

Boston, Massachusetts, licensed to do business in the Commonwealth of Massachusetts.

3. Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

4. Defendant, Federal Insurance Company ("Federal"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

5. Defendant, Fidelity and Deposit Company of Maryland ("Fidelity"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

6. Defendant, Zurich American Insurance Company ("Zurich"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

7. Defendant, United States Fidelity and Guaranty Insurance Company ("USF&G"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

8. Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), is a bonding/surety company licensed to do business in the Commonwealth of Massachusetts.

## COUNT I

9. Plaintiff entered into a subcontract with defendant CHB, dated January 22, 2003, to supply labor and materials for a project known as the Boston Convention and Exhibition Center in Boston, Massachusetts ("the "Project").

10. CHB had an agreement with the owner of the project, The Massachusetts Convention Center Authority ("Owner"), for construction of the project.

11. CHB agreed to pay Capco for the labor and materials provided to the project, and, to date, Capco is owed the sum of $242,250 for contract balance, retainage, change orders and extra work.

12. Capco complied with the subcontract agreement providing labor and materials in a timely and workmanlike manner without fault or defect in accordance with the plans and specifications for the project.

13. Despite repeated demands, CHB refuses, or is unable, to pay Capco for the labor and materials in accordance with the agreement.

**WHEREFORE**, plaintiff, Capco Steel Corporation, demands that judgment be entered in its favor and against defendant, Clark/Huber, Hunt & Nichols/Berry A Joint Venture, in the amount of $242,250, plus interest, costs of this action, and attorney's fees.

### COUNT II

14. Plaintiff hereby incorporates and alleges paragraphs 1 through 13 as if fully set forth herein.

15. Defendants, National Union, Federal, Fidelity, Zurich, USF&G and St. Paul ("surety defendants"), acting as co-sureties, issued to CHB, as principal, a payment bond in the principal amount of $225,804,518.50 in favor of the Massachusetts Convention Center Authority as obligee on the subject project. A true and correct copy of said payment bond is attached hereto as **Exhibit A**.

16. Under the terms of said payment bond, the surety defendants are obligated to pay Capco for the labor and materials provided to CHB for the completion of Capco's subcontract with CHB in the event CHB is either unable or unwilling to pay Capco.

17. Despite demand, all surety defendants have failed and refused to make payment to Capco for the amount due and owing.

**WHEREFORE**, plaintiff, Capco Steel Corporation, demands that judgment be entered in its favor and against defendants, National Union Fire Insurance Company of Pittsburgh, PA, Federal

Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, United States Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company, in the amount of $242,250, plus interest, costs of this action, and attorney's fees.

                Plaintiff,
                ***Capco Steel Corporation***
                By its Attorneys,

                /s/ Girard R. Visconti
                Girard R. Visconti, Esq. (BBO#510200 )
                David M. Campbell, Esq. (BBO#645512)
                ***Visconti & Boren , Ltd.***
                55 Dorrance Street
                Providence, RI 02903
                401-331-3800 *(Tel.)*
                401-421-9302 *(Fax)*

Dated: 10 MAR, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

1. Title of case (name of first party on each side only) **Capco Steel Corporation vs.** MAR 11 P 12: 55
   **Clark/Huber, Hunt & Nichols/Berry, A Joint Venture et als.**

   U.S. DISTRICT COURT
   DISTRICT OF MASS.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   05cv10473 PBS

   | | | |
   |---|---|---|
   | ☐ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
   | ☐ | II. | 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121 |
   | | | 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases |
   | ☒ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, |
   | | | 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, |
   | | | 380, 385, 450, 891. |
   | ☐ | IV. | 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, |
   | | | 690, 810, 861-865, 870, 871, 875, 900. |
   | ☐ | V. | 150, 152, 153. |

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **David M. Campbell (BBO#645512)**
ADDRESS **Visconti & Boren, Ltd., 55 Dorrance St., Providence, RI   02903**
TELEPHONE NO. **(401) 331-3800**

(CategoryForm.wpd - 2/15/05)

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Capco Steel Corporation

**(b)** County of Residence of First Listed Plaintiff   **Providence**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  (401) 331-3800
David M. Campbell, Visconti & Boren, Ltd.
55 Dorrance St., Providence, RI 02903

## DEFENDANTS
Clark/Huber, Hunt & Nichols/Perss, A Joint Venture, et als.

County of Residence of First Listed Defendant   Suffolk, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)   05cv10473 PBS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332
Brief description of cause: Claim for payment for labor and material provided to the Boston Convention and Exhibition Center in Boston, Massachusetts

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  Mar 10 2005        SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT #  ____   AMOUNT  ____   APPLYING IFP  ____   JUDGE  ____   MAG. JUDGE  ____