UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAPCO STEEL CORPORATION

v.                                                                          C.A. No.: 05-10473-PBS

CLARK/HUBER, HUNT &
NICHOLS/BERRY, A JOINT VENTURE
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
FEDERAL INSURANCE COMPANY
and FIDELITY AND DEPOSIT COMPANY
OF MARYLAND and ZURICH AMERICAN
INSURANCE COMPANY and UNITED
STATES FIDELITY AND GUARANTY
INSURANCE COMPANY and ST. PAUL
FIRE AND MARINE INSURANCE COMPANY

## MOTION FOR WAIVER OF ELECTRONIC FILING

Now comes Visconti & Boren, Ltd., counsel for plaintiff Capco Steel Corporation and hereby requests that this Court waive or suspend the standing procedural order requiring electronic filing of all pleadings in this matter.

In support thereof, plaintiff's counsel submits that his office does not have any other cases at this time in this Court for which e-filing is required. In addition, counsel's computer network is not presently capable of scanning pleadings and documents to a PDF file and transmitting them to this Court.

                                                                Plaintiff,
                                                                *Capco Steel Corporation*
                                                                By its Attorneys,

                                                                _____
                                                                Girard R. Visconti, Esq. (BBO#510200)
                                                                David M. Campbell, Esq. (BBO#645512)
                                                                *Visconti & Boren, Ltd.*
                                                                55 Dorrance Street
                                                                Providence, RI 02903
                                                                401-331-3800 *(Tel.)*
                                                                401-421-9302 *(Fax)*

Dated: April 26, 2005