UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10473PBS

| | |
|---|---|
| CAPCO STEEL CORPORATION,<br>　　　　　　　　　　　　Plaintiff<br>v.<br><br>CLARK/HUBER, HUNT & NICHOLS/BERRY, a joint venture,<br>NATIONAL UNION FIRE INSURANCE COMPANY OF<br>　PITTSBURGH, PA,<br>FEDERAL INSURANCE COMPANY,<br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br>ZURICH AMERICAN INSURANCE COMPANY,<br>UNITED STATES FIDELITY AND GUARANTY<br>　INSURANCE COMPANY,<br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br>　　　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT OF PROPOSED PRETRIAL SCHEDULE

　　In accordance with Local Rule 16.1, the parties hereby jointly move to propose the following pretrial schedule:

Deadline

October 12, 2005:　File all amended pleadings or motion to amend

April 12, 2006:　Completion of Discovery

June 12, 2006: Deadline for Filing Dispositive Motions

August 11, 2006:　Final Pretrial Conference

　　Counsel hereby certify, in accordance with Local Rule 16.1(D)(3) (and will separately provide the Court with certifications, signed by their respective clients), that counsel and the clients have conferred with respect to a budget for the full litigation process and alternative courses, and with respect to alternative dispute resolution.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully Submitted |
| CLARK/HUBER, HUNT & NICHOLS/BERRY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FEDERAL INSURANCE COMPANY, | CAPCO STEEL CORPORATION |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, By their attorneys, | By its attorneys, |
| /s Stanley A. Martin<br>Stanley A. Martin, BBO #543937<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 | /s David M. Campbell<br>David M. Campbell, Esq.<br>VISCONTI & BOREN, LTD.<br>55 Dorrance Street<br>Providence, RI 02903<br>Tel: 401-331-3800 |

August 15, 2005

# 3142838_v1