UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Capco Steel Corp.
Plaintiff,

V.

Clark/Huber, Hunt & Nichols/Berry
Defendant.

Civil Action Number
05-10473-PBS

August 15, 2005

## SCHEDULING ORDER

Saris, D.J.,

Amended Pleadings / Motion to Amend: 10/12/05

Fact Discovery deadline: 4/12/06

Summary Judgment Motion filing deadline: 6/12/06

Opposition to Summary Judgment Motions: 7/12/06

Hearing on Summary Judgment or Pretrial Conference: 8/11/06 at 2:00 p.m.

By the Court,

/s/ Robert C. Alba
Deputy Clerk