UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAPCO STEEL CORPORATION

v.  C.A. No.: 05-10473-PBS

CLARK/HUBER, HUNT &
NICHOLS/BERRY, A JOINT VENTURE
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
FEDERAL INSURANCE COMPANY
and FIDELITY AND DEPOSIT COMPANY
OF MARYLAND and ZURICH AMERICAN
INSURANCE COMPANY and UNITED
STATES FIDELITY AND GUARANTY
INSURANCE COMPANY and ST. PAUL
FIRE AND MARINE INSURANCE COMPANY

### CERTIFICATION OF PLAINTIFF
### CAPCO STEEL CORPORATION

---

We, the undersigned, David M. Campbell, Esquire, counsel for plaintiff, Capco Steel Corporation ("Capco"), and the undersigned authorized representative of Capco, hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course – and various alternative courses including mediation – for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____  
Michael Caparco, Sr.  
President  
Capco Steel Corporation  
33 Acorn Street  
Providence, RI 02903

_____  
David M. Campbell, Esquire  
Visconti & Boren, Ltd.  
55 Dorrance Street  
Providence, Rhode Island 02903