UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10473PBS

| | |
|---|---|
| CAPCO STEEL CORPORATION,<br>    Plaintiff<br>v.<br><br>CLARK/HUBER, HUNT & NICHOLS/BERRY, a joint venture,<br>NATIONAL UNION FIRE INSURANCE COMPANY OF<br>    PITTSBURGH, PA,<br>FEDERAL INSURANCE COMPANY,<br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br>ZURICH AMERICAN INSURANCE COMPANY,<br>UNITED STATES FIDELITY AND GUARANTY<br>    INSURANCE COMPANY,<br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims and counterclaims between the plaintiff and the defendants be dismissed with prejudice and without costs, with all rights of appeal being waived.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CLARK/HUBER, HUNT & NICHOLS/BERRY, A JOINT VENTURE, CLARK CONSTRUCTION GROUP, LLC, HUNT CONSTRUCTION GROUP, INC., WILLIAM A. BERRY & SON, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, FEDERAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | CAPCO STEEL CORPORATION, |
| By their attorneys, | By their attorneys, |
| Stanley A. Martin, BBO #543937<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel: (617) 523-2700 | Girard R. Visconti, BBO #510200<br>David M. Campbell, BBO #645512<br>VISCONTI & BOREN, LTD.<br>55 Dorrance Street<br>Providence, RI 02903<br>Tel: 401-331-3800 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10473PBS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the following document:

## STIPULATION OF DISMISSAL

was served on the United States District Court – District of Massachusetts and on the following attorneys, by way of electronic filing, on the 23rd day of January 2006.

*Counsel for Plaintiff, Capco Steel Corporation*

Girard R. Visconti, Esq.
David M. Campbell, Esq.
Visconti & Boren, LTD
55 Dorrance Street
Providence, RI  02902
Tel:  401-331-3800


Attorney for all the Defendants


s /Stanley A. Martin
Stanley A. Martin, BBO #543937
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
Email:  stan.martin@hklaw.com

# 3007269_v1